## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ANDREW WALKER, FARIC CAIL, & DARIUS ROGERS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WILDWOOD INDUSTRIES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　　No. 07-1272<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

　　Before the Court is a Report and Recommendation (Doc. 24) by Magistrate Judge Byron G. Cudmore.  Judge Cudmore recommends that this Court grant a Motion to Dismiss (Doc. 9) submitted by Defendant.  Specifically, Judge Cudmore recommends that Plaintiffs' claim based on the Illinois Personnel Records Review Act (Count 4, First Amended Complatin) be dismissed for lack of subject matter jurisdiction.  The parties were notified that any failure to object constitutes a waiver of any objection.  See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986).  The parties have not filed any objections with the ten (10) days allotted by 28 U.S.C. 636(b)(1).

　　IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation of the Magistrate Judge and Defendant's Motion to Dismiss is GRANTED.  This matter is referred to the Magistrate Judge for pre-trial proceedings.

　　ENTERED this   14th   day of July, 2008.

　　　　　　　　　　　　　　　　　　s/Joe Billy McDade
　　　　　　　　　　　　　　　　　　Joe Billy McDade
　　　　　　　　　　　　　　　　　United States District Judge